# United States Court of Appeals for the Fifth Circuit

---

No. 24-20390
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 1, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Joe Noe Castillo,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CR-488-9

---

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Joe Castillo pleaded guilty of conspiracy to possess with intent to distribute fifty grams or more of methamphetamine. On appeal, he contends that he received ineffective assistance when counsel failed to contend that he was entitled to a minor-participant reduction under U.S.S.G. § 3B1.2.

We do not usually review claims of ineffective assistance on direct

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20390

appeal. *See United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006). Castillo did not raise his claim in the district court, and the record does not provide sufficient detail to allow this court to assess counsel's effectiveness. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). Accordingly, we decline to consider it, without prejudice to Castillo's right to raise it on collateral review. *See id.*

AFFIRMED.